UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────

CAVANAUGH WALL SOLUTIONS, INC.,

              Plaintiff,

   - against -

CURTIS PARTITION CORPORATION,

              Defendant.
─────────────────────────────────

23-cv-4731 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by August 23, 2023.

SO ORDERED.

Dated:    New York, New York
           August 8, 2023

                                 _____
                                    John G. Koeltl
                               United States District Judge